## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Special Agent Enrique A. Mas Lebrón, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

I am a Special Agent with Homeland Security Investigations (HSI) and have been since February 21, 2025. I am currently assigned to the HSI Resident Agent-in-Charge office Ponce, Puerto Rico. Prior to my appointment as a HSI Special Agent, I was a Systems Engineer for Collins Aerospace for two years and an Electronics Engineer for the Department of Defense for approximately five years. As an HSI Special Agent, I have received formal and on the job training and I am authorized to investigate violations of laws of the United States and to execute and serve any order, subpoena, summons, warrant, or other process issued under the authority of the United States. I am familiar with the statutes of the United States Code, and as a federal law enforcement officer, I have participated in investigations, surveillance, interviews, interrogations, arrests, searches, seizures, administration of oaths, and in taking and considering evidence concerning the privilege of any person to enter, reenter, pass through, or reside in the United States. Based on my law enforcement experience detailed herein, as well as my training, and experience of other law enforcement officers who are participating in this investigation, serve as the basis for the conclusion set forth herein.

This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter. I make this affidavit based on my own personal knowledge and on oral and written reports by other federal, state, and/or local law enforcement agents and officers that investigated this matter. This affidavit does not contain all the information derived from this investigation only that which is sufficient to demonstrate probable cause to believe that a crime has been committed.

Based on my training and experience and the facts set forth in this affidavit, there is

probable cause to believe that violations of 8 U.S.C. § 1326(a) – *Illegal Reentry of removed alien* has been committed by Juan Jose JAVIER-GONZALEZ ("JAVIER-GONZALEZ").

## **PROBABLE CAUSE**

1. On June 25, 2025, at approximately 04:30 pm, JAVIER-GONZALEZ was encountered and arrested without incident by HSI Special Agents in Ponce, Puerto Rico. JAVIER-GONZALEZ was arrested at the intersection between PR-9 southbound and PR-2 westbound in Ponce, Puerto Rico.

2. HSI SAs encountered JAVIER-GONZALEZ when they conducted a vehicle stop on a Ford F-150 (PR Tag: 1108673) which HSI SAs had reasonable articulable suspicion that the registered owner of the vehicle, Carlos Jose GENAO-GONZALEZ, is illegally present in the United States of America.

4. HSI SAs requested an identification, which JAVIER-GONZALEZ did not provide and thus performed an immigration examination on JAVIER-GONZALEZ. As a result, it was determined that JAVIER-GONZALEZ is a national and citizen of the Dominican Republic who was and continues to be illegally present in the United States.

5. Subsequently, HSI SAs conducted an immigration inspection on JAVIER-GONZALEZ to determine his admissibility and it was determined that JAVIER-GONZALEZ was not in possession of a valid unexpired immigrant visa, reentry permit, border crossing identification card, or other valid entry document, and a valid unexpired passport, or other suitable document, or document of identity and nationality to be enter, pass through, or remain in the United States. HSI SAs determined that JAVIER-GONZALEZ is inadmissible to the United States, and SAs arrested and transported JAVIER-GONZALEZ to ERO Office in Guaynabo, Puerto Rico, for further processing.

7. Immigration checks revealed that JAVIER-GONZALEZ was encountered near Hatillo, Puerto Rico by Ramey Sector Border Patrol Agents on March 4, 2022.

8. Further immigration records checks revealed the following:

    a. On March 4, 2022, at approximately 5:20 AM (AST), Ramey Sector Border Patrol Agents responded to a report of a Maritime Smuggling Event (MSE) in Hatillo, PR. After an extensive search of the area, agents detained sixteen non-citizens from the Dominican Republic. The sixteen migrants were transported to the Ramey Border Patrol Station where they will be processed for removal proceedings. All non-citizens claimed to be citizens and nationals from the Dominican Republic.

    b. JAVIER-GONZALEZ was placed in Expedited Removal Proceedings, and on March 10, 2022, an Expedited Order of Removal was issued against him.

    c. Pursuant to that removal order, on April 19, 2022, JAVIER-GONZALEZ was physically removed from the United States through Miami, FL to the Dominican Republic.

9. JAVIER-GONZALEZ criminal records returned no prior criminal history.

10. Record checks further revealed that as of June 26, 2025, JAVIER-GONZALEZ had not submitted an application requesting permission to reapply for admission to enter the United States (Form I-212) before the U.S. Citizenship and Immigration Services ("USCIS"). Furthermore, JAVIER-GONZALEZ has not obtained the express consent from the Secretary of Homeland Security to enter the United States, nor does he have any immigration documents allowing him to legally enter, pass through or remain in the United States.

**CONCLUSION**

11.     Based on the forgoing, and based upon my training, experience and participation in this and other investigations, I believe that sufficient probable cause exists to demonstrate that JAVIER-GONZALEZ was found in the United States after being removed resulting in violations to 8 U.S.C. § 1326 (a) – Reentry of removed alien.

Respectfully submitted,

ENRIQUE A MAS LEBRON
Digitally signed by ENRIQUE A MAS LEBRON
Date: 2025.06.27 09:43:53 -04'00'

Enrique Mas Lebrón
Special Agent
Homeland Security Investigation

Sworn by telephone pursuant to the requirements of Federal Rules Procedures 4.1 on this 27th day of June 2025, at  10:18 a.m.  .

Héctor Ramos-Vega
United States Magistrate Judge