IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| v. | CRIMINAL NO. 25-302(PAD) |
| JUAN JOSE JAVIER-GONZALEZ, *Defendant* | VIOLATION:<br>8 U.S.C. § 1326(a)<br>(ONE COUNT) |

THE GRAND JURY CHARGES:

COUNT ONE
Re-entry of Removed Alien
(Title 8, *United States Code*, Section 1326(a))

From on or about June 25, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**JUAN JOSE JAVIER-GONZALEZ,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States, entered and was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Section 1326(a).

W. STEPHEN MULDROW
United States Attorney

Jenifer Y. Hernandez-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

Manuel Muñiz-Lorenzi
Assistant United States Attorney

TRUE BILL

Foreperson
Dated: 7-2-2025