IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* vs. JUAN J. JAVIER -GONZALEZ *Defendant.* | Case No. 25-302 (PAD) |

## MOTION FOR CHANGE OF PLEA

TO THE HONORABLE COURT:

Juan J. Javier-Gonzalez, the defendant, represented by the Federal Public Defender for the District of Puerto Rico, through the undersigned counsel, respectfully states as follows:

Mr. Javier-Gonzalez respectfully informs the Court of her intention to change her previously entered plea of not guilty to one of guilty pursuant to a ***straight plea***.

**WHEREFORE**, Mr. Javier-Gonzalez respectfully requests that this Honorable Court sets a change of plea hearing.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 15th day of October 2025.

**Rachel Brill**
**Federal Public Defender**

s/*Laura I. Soto-Santiago*
Laura I. Soto-Santiago
Assistant Federal Public Defender
USDC-PR 302905
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail : Laura_Soto@fd.org

1

2

CERTIFICATE OF SERVICE: I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

*s/Laura I. Soto-Santiago*
Laura I. Soto-Santiago
Assistant Federal Public Defender
USDC-PR 302905

2